IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                : CHAPTER 13
                     :
Eric U. McKnight     : No.  15-10997-mdc
   Debtor

### O R D E R

AND NOW, this 16th day of August, 2016, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE


cc:

William C. Miller, Trustee

David M. Offen, Esquire

Eric McKnight

Payroll Controller
Bridgestone Retail Operations, LLC.
10 East Firestone Boulevard
Akron, Ohio 44317
Attn: Michelle Yaworsky