# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-10997-MDC

ERIC U MCKNIGHT

229 N. WILTON STREET

PHILADELPHIA, PA 19139

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ERIC U MCKNIGHT

229 N. WILTON STREET

PHILADELPHIA, PA 19139

Counsel for debtor(s), by electronic notice only.

DAVID OFFEN ESQUIRE
CURTIS CENTER - SUITE 160 WEST
601 WALNUT STREET
PHILA, PA 19106-

Date: 11/22/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee