# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eric U McKnight <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 15-10997 MDC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9984

                                                    Respectfully submitted,

                                                    **/s/Thomas Puleo, Esquire**
                                                    Thomas Puleo, Esquire
                                                    Brian C. Nicholas, Esquire
                                                    KML Law Group, P.C.
                                                    701 Market Street, Suite 5000
                                                    Philadelphia, PA 19106-1532
                                                    (215) 825-6306  FAX (215) 825-6406