UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERIC U MCKNIGHT                                   Chapter 13

                    Debtor                        Bankruptcy No. 15-10997-MDC

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this \_\_5th\_\_ day of \_\_January\_\_, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
CURTIS CENTER - SUITE 160 WEST
601 WALNUT STREET
PHILA, PA 19106-

Debtor:
ERIC U MCKNIGHT

229 N. WILTON STREET

PHILADELPHIA, PA 19139