```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania

In re:                                                      Case No. 15-10997-mdc
Eric U McKnight                                             Chapter 13
        Debtor                   CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD         Page 1 of 2           Date Rcvd: Jan 06, 2017
                         Form ID: pdf900        Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2017.
db          +Eric U McKnight,    229 N. Wilton Street,    Philadelphia, PA 19139-1417
13473347    +Acs/Panhandle Plains,    501 Bleecker St,    Utica, NY 13501-2401
13473348    +Acs/Wells Fargo,    501 Bleecker St,    Utica, NY 13501-2401
13473350    +Acs/Wstptfcu,   C/O Acs 501 Bleeker Street,    Utica, NY 13501-2401
13473351    +Aes/Wells Fargo,    Po Box 61047,    Harrisburg, PA 17106-1047
13473354    +Aspire,   Po Box 105555,    Atlanta, GA 30348-5555
13473355    +Avante,   2950 S Gessner Suite 265,    Houston, TX 77063-3751
13473356    +Cap One,   Po Box 19360,    Portland, OR 97280-0360
13488349     ECMC,   PO BOX 16408,    St Paul, MN 55116-0408
13473359    +Fac/Nab,   480 James Robertson Pkwy,    Nashville, TN 37219-1212
13473360    +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13473367    +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13473369     Frost - Arnett Company,    PO Box 198980,    Nashville, TN 37219-8988
13505877    +Ginny's,   c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13473370    +Ginnys,   1112 7th Ave,    Monroe, WI 53566-1364
13505643    +JPMorgan Chase Bank, N.A.,    P.O. Box 901032,    Ft. Worth, TX 76101-2032
13473372     Jefferson University Physicians,    Central Business Office,    P.O. Box 40089,
              Philadelphia, PA 19106-0089
13473373     Montgomery Medical Equipment Company,    PO Box 371863,    Pittsburgh, PA 15250-7863
13492099     NAVIENT CREDIF FINANCE on behalf of Education,    Credit Management Corporation,
              c/o Educational Credit Management Corpor,    PO BOX 16408,    St. Paul, MN 55116-0408
13492848     Navient Credit Finance on behalf of Educational,    Credit Management Corporation,
              c/o Educational Credit Management Corpor,    PO BOX 16408,    St. Paul, MN 55116-0408
13473377    +PGW,   Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
              Philadelphia, PA 19122-2806
13473376    +People's Commerce,    1001 W. Ridge Pike,    Conshohocken, PA 19428-1015
13473378     Phila Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13473380    +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13473382     ProCo,   P.O. Box 2462,    Aston, PA 19014-0462
13476023    +SANTANDER CONSUMER USA INC.,    P.O. BOX 560284,    DALLAS, TX 75356-0284
13473384     Thomas Jefferson University Hospital,    P.O. Box 8500-3100,    Philadelphia, PA 19178-3100
13473385    +Title Max of Delaware,    3401 Kirkwood Highway,    Wilmington, DE 19808-6133
13508140    +TitleMax of Delaware, INC. d/b/a TitleMax,    15 Bull Street, Suite 200,
              Savannah, GA 31401-2686
13473386     U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244
13530302    +U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENN,    PHFA Loan Servicing Division,
              211 North Front Street,    Harrisburg, Pennsylvania 17101-1466
13840283    +U.S. BANK NATIONAL ASSOCIATION, Et Al,    c/o THOMAS I. PULEO,    KML Law Group, P.C.,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13527876     U.S.Department of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
              Harrisburg PA 17106-9184
13571913     US Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
13473387     United Telemanagement Corp.,    PO Box 145465,    Cincinnati, OH 45250-5465
13473389    +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Jan 07 2017 01:36:29     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 07 2017 01:35:31
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 07 2017 01:36:22     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13568394     E-mail/Text: bankruptcy@phila.gov Jan 07 2017 01:36:29     City of Philadelphia,
              Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA 19102-1595
13473357     E-mail/Text: bankruptcy@diamondresorts.com Jan 07 2017 01:35:22     Diamond Resorts Fs,
              10600 W Charleston Blvd,    Las Vegas, NV 89135-1260
13473358    +E-mail/Text: bankruptcynotices@dcicollect.com Jan 07 2017 01:36:57     Diversified Consultant,
              10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
13533942    +E-mail/Text: bankruptcy@erieinsurance.com Jan 07 2017 01:37:14     Erie Insurance Exchange,
              a/s/o George Whitaker,    100 Erie Insurance Place,    Erie, PA 16530-0001
13473371    +E-mail/Text: aalvino@helmautoloans.com Jan 07 2017 01:36:10     Helm Assocs,    801 Bristol Pike,
              Croydon, PA 19021-5447
13504377    +E-mail/Text: ISAC.Bankruptcy@ISAC.illinois.gov Jan 07 2017 01:35:18
              Illinois Student Assistance Commission,    1755 Lake Cook Rd,    Deerfield IL 60015-5209
13506904    +E-mail/Text: bankruptcygroup@peco-energy.com Jan 07 2017 01:35:22     PECO Energy Company,
              Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13473374    +E-mail/Text: blegal@phfa.org Jan 07 2017 01:36:06     Pa Housing Finance Age,    211 N Front St,
              Harrisburg, PA 17101-1406
13473375    +E-mail/Text: bankruptcygroup@peco-energy.com Jan 07 2017 01:35:22     Peco Energy,
              2301 Market Street,    Philadelphia, PA 19103-1380
```

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                  Date Rcvd: Jan 06, 2017
                              Form ID: pdf900             Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13473381         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 07 2017 01:39:01
                   Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13473388          E-mail/Text: james.feighan@phila.gov Jan 07 2017 01:37:15      Water Revenue Bureau,
                   1401 JFK Blvd.,   Philadelphia, PA 19102-1663
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13473383          Santander
13473349*        +Acs/Wells Fargo,    501 Bleecker St,   Utica, NY 13501-2401
13473352*        +Aes/Wells Fargo,    Po Box 61047,   Harrisburg, PA 17106-1047
13473353*        +Aes/Wells Fargo,    Po Box 61047,   Harrisburg, PA 17106-1047
13473361*        +Fed Loan Serv,    Po Box 60610,   Harrisburg, PA 17106-0610
13473362*        +Fed Loan Serv,    Po Box 60610,   Harrisburg, PA 17106-0610
13473363*        +Fed Loan Serv,    Po Box 60610,   Harrisburg, PA 17106-0610
13473364*        +Fed Loan Serv,    Po Box 60610,   Harrisburg, PA 17106-0610
13473365*        +Fed Loan Serv,    Po Box 60610,   Harrisburg, PA 17106-0610
13473366*        +Fed Loan Serv,    Po Box 60610,   Harrisburg, PA 17106-0610
13473368*        +First Premier Bank,    601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13473379*         Phila Gas Works,    PO Box 11700,   Newark, NJ 07101-4700
                                                                                TOTALS: 1, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Eric U McKnight dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 7
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERIC U MCKNIGHT                              Chapter 13


                    Debtor           Bankruptcy No. 15-10997-MDC


Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this ___5th___ day of ___January___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.


_____
Magdeline D. Coleman
Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
CURTIS CENTER - SUITE 160 WEST
601 WALNUT STREET
PHILA, PA 19106-


Debtor:
ERIC U MCKNIGHT

229 N. WILTON STREET

PHILADELPHIA, PA 19139